EUGENE J. EGAN (State Bar No. 130108)
ANNEMARIE McDOWELL (State Bar No. 229349)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

JS-6

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA RAMOS, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION and DOES 1-25, Inclusive, <br><br> Defendants. <br> _____ | **USDC CASE NO.:** CV10-8865 VBF (AGRx) <br><br> State Case No.: VC056841 <br><br> **ORDER RE STIPULATION OF DISMISSAL** <br><br> Complaint Filed: 7/27/10 <br> Trial Date:       None |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED:    1/13/11    _____
                    HONORABLE VALERIE BAKER
                    FAIRBANK

-1-

[Proposed]ORDER RE STIPULATION OF DISMISSAL

S:\VBF\1. CIVIL CASES\Ramos, Elsa 10-8865\Order re dismissal.wpd

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On January 14, 2011, I served the document described as **[Proposed] ORDER RE STIPULATION OF DISMISSAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Ernest Meza, Esq.
Brickell & Meza
218 N. Canon Drive, Suite A
Beverly Hills, CA 90210
1999- 34643
P: 310-858-3555; F: 310-858-1934
**Attorney for Plaintiff**
**Elsa Ramos**

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.
Executed on January 14, 2011, at Los Angeles, California.

By: _____/s/_____
BRENDA LEONARDO